Case 1:24-mj-00237-ZMF Document

Case: 1:24-mj-00237
Assigned To : Judge Zia M. Faruqui
Assign. Date : 8/5/2024
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

Your affiant, Task Force Officer (TFO) ▮▮▮▮▮▮ is an FBI Task Force Officer assigned to a Joint Terrorism Task Force. In my duties as a TFO, I am assigned to investigate incidents involving counterterrorism and national security. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Task Force Officer, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### *DANIEL COLLINS' Participation in the Capitol Siege*

This investigation was initiated based on information that DANIEL COLLINS may have unlawfully entered on Capitol Grounds, a restricted area, in violation of multiple federal laws on January 6, 2021.

In April of 2021, the FBI's National Threat Operations Center (NTOC) received two tips stating that DANIEL COLLINS may have participated in the January 6, 2021 riot. According to records obtained through a search warrant served on Verizon, the number xxx-xxx-7335 pinged off towers near the headquarters of the Democratic National Committee on January 6, 2021. Subpoena records from Verizon also revealed the number ending in 7353 is associated with the name DANIEL COLLINS and the same address listed on COLLINS' driver's license.

In June of 2021, Tipster 1 was interviewed and indicated they knew COLLINS for several months and would occasionally text with him. Tipster 1 stated COLLINS reached out after January 6, 2021. Tipster 1 provided texts, photos, and videos, from COLLINS, confirming COLLINS' presence in the Capitol on January 6.

In addition to COLLINS' texts, photos, and videos, footage from open-sources, body worn camera (BWC), and the U.S. Capitol building Closed Circuit Video (CCTV) was obtained. The varying media captured COLLINS' clothing and movements throughout the day. The photographs and videos show COLLINS wearing a red hooded sweatshirt with "KEEP AMERICA GREAT" lettering, black gloves with hard knuckle padding, black jacket, dark blue jeans, and a black baseball cap with the New York Mets logo in white stitching (**Image 1**).



**Image 1**

Open-source media captured DANIEL COLLINS on the restricted Northwest lawn of the Capitol grounds. At approximately 1:54 p.m., a Metropolitan Police Department (MPD) Civil Disturbance Unit arrived on the North side of Capitol grounds in order to provide backup to the United States Capitol Police (USCP) who were protecting the West Plaza, located below the Inaugural Stage on the West side of the Capitol grounds. The MPD officers were fitted with Body Worn Cameras (BWC). To reach the USCP line, the MPD unit had to force their way through the hostile crowd, which included COLLINS, on the Northwest side of the grounds. As the MPD officers cut through the riot, they announced their presence and requested people move aside-a command that was largely ignored by the rioters. At approximately 2:00 p.m., rioters attacked the line of MPD officers. The officers regrouped and began to push forward where they were met with more resistance as the mob ignored commands to move.

At approximately 2:02 p.m., officers began to push those refusing to move out of the way which caused the crowd to push back and attack officers. During this confrontation, COLLINS (yellow) grabbed Officer B.S. around the neck, nearly bringing the officer to the ground (**Image 2**).



**Image 2**

After the assault, the crowd and officers regrouped. COLLINS can be seen taking out his cell phone to record officers (**Image 3**[1]) and telling officers "It's a peaceful protest. What are you doing?"


**Image 3**

After regrouping, the MPD unit moved through the crowd to the West Plaza. At approximately 2:12 p.m., the northwest side of the riot pushed through police lines guarding the Northwest staircase which leads to the Upper West Terrace of the Capitol Building. COLLINS climbed these stairs, while filming, (**Image 4**[2]) before entering the Capitol Building at approximately 2:19 p.m. via emergency exit doors also known as the Senate Wing Doors.


**Image 4**

---

[1] Image 3 is a still from an open-source video (timestamp 1:49) available at https://www.dropbox.com/scl/fi/utzqdquaq5d632ppz6cdm/IMG_7095.h264.mp4?rlkey=1qm5auoi1ke97zzv8gs33hggh&e=1&dl=0

[2] Image 4 is a still from timestamp 10:57 of an open-source video available at https://www.youtube.com/watch?v=L5EfNYprOuo&t=658s.

Upon entering, COLLINS, used the Battle of Bunker Hill flag he was carrying to hit a Chandelier above the doorway (**Image 5**).



**Image 5**

After entering, COLLINS made his way to an area between the Crypt and Memorial Doors (**Image 6**[3]) where he watched other rioters overrun a police line, took photos, and put his arm around a George Washington statute yelling "1776, BABY!"



**Image 6**

---

[3] Image 6 is a still from timestamp 27:07 of the open-source video available at https://www.youtube.com/watch?v=L5EfNYprOuo&t=658s.

DANIEL COLLINS made his way to the second floor where he photographed (**Image 1**) and videoed himself accessing an external balcony over the Upper West Terrace. COLLINS also walked through the Rotunda while smoking a cigarette (**Image 7**).



**Image 7**

At approximately 3:00 p.m., MPD and USCP officers began to clear the Rotunda of rioters. This effort was met with resistance. COLLINS initially filmed the violent clash between rioters and officers (**Image 8**[4]). At approximately 3:07 p.m., rioters near COLLINS waved others to join the resistance. Open-source and CCTV video captured COLLINS with his back to police, using his body weight to impede law enforcement's attempts to clear the Rotunda (**Image 9**[5]).

---

[4] Still from timestamp 13:03 in open-source video available at https://archive.org/details/capital-hill-occupy-ovfr-18/Capital+Hill+Occupy+-ovfr18.mp4

[5] Still timestamp 14:00 in open-source video available at link above.



**Image 8**



**Image 9**

After falling down, COLLINS is captured walking away from the resistance. COLLINS then proceeded to the Rotunda lobby before exiting the Captiol Building via the East Rotunda Doors at approximtely 3:16 p.m. (**Image 10**).

7



**Image 10**

Later that evening, COLLINS was filmed **(Image 11**[6]**)** laughing and showing video, on his phone, of the assault aftermath while saying "I lived that shit" and "I think I'm going to jail soon."



**Image 11**

On November 15, 2022, your affiant made contact with DANIEL COLLINS at his parents' home in Pennsylvania. COLLINS was wearing a black Mets hat with white stitching-just like the hat seen in videos from January 6, 2021. COLLINS refused to be interviewed but related that Black Lives Matter did far worse than the Capitol riots and that the election was rigged.

---

[6] Image 11 is a still from open-source video available at https://archive.org/details/xLdQ6Dzz84nESQZeR.

Based on the foregoing, your affiant submits that there is probable cause to believe that DANIEL COLLINS violated 18 U.S.C. §111 (a)-which makes it a crime to forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such officer or employee was engaged in or on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony. For purposes of Section 111 of Title 18, persons "assisting" federal officers or employees include the MPD Officers who were assisting U.S. Capitol Police and other federal law enforcement officers in responding to the events of January 6, 2021.

Your affiant submits there is probable cause to believe that DANIEL COLLINS violated 18 U.S.C. 231(a)(3), which makes it unlawful to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function. For purposes of Section 231 of Title 18, a federally protected function means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof. This includes the Joint Session of Congress where the Senate and House count Electoral College votes.

Your affiant submits there is probable cause to believe that DANIEL COLLINS violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; (4) knowingly engages in any act of physical violence against any person or property in any restricted building or grounds; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Finally, your affiant submits there is also probable cause to believe that DANIEL COLLINS violated 40 U.S.C. § 5104(e)(2)(D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; (F) engage in an act of physical violence in the Grounds or any of the Capitol Buildings; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

_____
Task Force Officer ████
FBI

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 5th day of August 2024.

_____
ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE