AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00237 |
| DANIEL COLLINS | ) Assigned To : Judge Zia M. Faruqui |
|  | ) Assign. Date : 8/5/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     DANIEL COLLINS,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) -Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) -Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) -Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4)-Engaging in Physical Violence in a Restricted Building or Grounds ;
40 U.S.C. § 5104(e)(2)(D)-Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(F)- Act of Physical Violence in the Capitol Grounds or Buildings;
40 U.S.C. § 5104(e)(2)(G)- Parading, Picketing, and Demonstrating in a Capitol Building

Date:    08/05/2024                                        2024.08.05 13:49:02 -04'00'
                                                          *Issuing officer's signature*

City and state:      Washington, D.C.          Zia M. Faruqui, U.S. Magistrate Judge
                                                          *Printed name and title*

---

**Return**

This warrant was received on *(date)* 08/05/24, and the person was arrested on *(date)* 08/06/24
at *(city and state)* GREENTOWN PENNSYLVANIA.

Date:   08/06/24

                                                          *Arresting officer's signature*

                                                          TFO ERIC TEMSRAYR
                                                          *Printed name and title*