UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No: 1:24-mj-00237 |
| ) | |
| **DANIEL COLLINS**, ) | |
| ) | |
| Defendant. ) | |

### Motion to Substitute Counsel

The defendant, Daniel Collins, was appointed an attorney on August 13, 2024, to represent him for the case captioned above. Nathan Silver entered his appearance as court-appointed counsel on that day.

After the appointment, the family of Mr. Collins hired private counsel for Mr. Collins, and on August 23, 2024, undersigned counsel entered an appearance.

Daniel Collins had emailed Mr. Silver earlier that day, on August 23, advising that he will be working with private counsel moving forward and added, "I consent to you withdrawing from my case." Undersigned counsel had separately emailed notification of representation to Mr. Silver on the same day.

A month has now passed and Mr. Silver has not moved to withdraw his appearance. After inquiry from undersigned counsel — "Mr. Silver, Do you plan to file a motion to withdraw as appointed counsel for Daniel Collins in 1:24-mj-00237?" — Mr. Silver responded as follows: "No, I don't, Ms. Medvin. You've entered your appearance for him and that should be sufficient.

Especially since the case appears to be pre-indictment. No one will expect me to attend future hearings."

Undersigned counsel believes that since Mr. Silver is working under court-appointment that withdrawal or substitution should take place and therefore moves for substitution as an Order of this court.

Respectfully submitted,

By Counsel:

/s/
MARINA MEDVIN, ESQ.
*Counsel for Defendant*
MEDVIN LAW PLC
916 Prince St, Ste 109
Alexandria, VA 22314
Phone: (703) 870-3300
Email: contact@medvinlaw.com

### CERTIFICATE OF SERVICE FOR CM/ECF

I hereby certify that on September 24, 2024, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

/s/
Marina Medvin, Esq.