UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)<br>DANIEL COLLINS,   )<br>)<br>Defendant.   )<br>) | Case No: 1:24-mj-00237 |

## Motion to Modify Conditions of Release

The defendant is charged with offenses related to entry into the Capitol Building on January 6, 2021. There are no alcohol or drug related offenses pending against this defendant. Nonetheless, the Defendant has been ordered to submit to substance abuse urine tests as part of his Conditions of Release. *See* ECF No. 8. Mr. Collins has already submitted to three such tests. The tests have all come back clean. It takes over two hours of his time to comply with each such testing request. His conditions also require abstention from all alcohol consumption.

The substance abuse testing and required abstention are conditions that are unduly burdensome, unrelated to the offenses with which Defendant is charged, and not consistent with the requirement pursuant to 18 U.S.C § 3142(c) that defendant only be subjected to the "least restrictive" conditions of pretrial release. The requirements are simply unnecessary in this case, unrelated to the charges at hand, and the testing component is a complete waste of time for both the defendant and the Government.

The defendant, therefore, moves to remove condition (n), "submit to testing for a prohibited substance," from his list of Conditions of Release. Condition (l), "not use alcohol" is similarly unrelated to the offense and should also be removed.

Respectfully submitted,

By Counsel:

_____/s/_____
MARINA MEDVIN, ESQ.
*Counsel for Defendant*
MEDVIN LAW PLC
916 Prince St, Ste 109
Alexandria, VA 22314
Phone: (703) 870-3300
Email: contact@medvinlaw.com

**CERTIFICATE OF SERVICE FOR CM/ECF**

I hereby certify that on September 24, 2024, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

_____/s/_____
Marina Medvin, Esq.